UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ROBERT SILVERMAN,

        Plaintiff,

versus

IMPERIUM PARTNERS GROUP, LLC,
IMPERIUM GP, LLC, IMPERIUM
ADVISERS, LLC, IMPERIUM SECURITY
FINANCE FUND, L.P., JOHN
MICHAELSON, and WEISERMAZARS
LLP,

        Defendants.

------------------------------------------------------------x

Civil Action No. 1:13-CV-00464-KAM-RLM

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Ira G. Greenberg of the law firm of Edwards Wildman Palmer LLP hereby appears in this action as attorney for defendant WeiserMazars, LLP.

*(signature)*
Ira G. Greenberg
EDWARDS WILDMAN PALMER LLP
Attorneys for Defendant
  WeiserMazars, LLP
750 Lexington Avenue
New York, NY 10022
212-308-4411

AM 18109079.1